In the Matter of JOSEPH FOGLIA (Admitted as Joseph A. Foglia), a Suspended Attorney. [979 NYS2d 817]—

Eng, P.J., Rivera, Skelos, Dillon and Dickerson, JJ., concur.